IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEOFFREY LEWIS WOMACK, | ) | 8:11CV97 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PATRICK J. MCKERNAN, REY | ) | |
| RIOS, and MIKE KING, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 28, 2011, the Clerk of the court sent a copy of the court's previous Memorandum and Order to Plaintiff at his last known address. (Filing No. 5.) On April 18, 2011, that document was returned to the court as "Undeliverable," and no forwarding information was provided. (Filing No. 6.)

Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until **May 20, 2011**, to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: **May 20, 2011**: deadline to inform court of new address.

DATED this 19th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.